COURTESY COPY

1  SINGER / BEA LLP
     Benjamin L. Singer (Bar. No. 264295)
2    bsinger@singerbea.com
     Evan N. Budaj (Bar No. 271213)
3    ebudaj@singerbea.com
   601 Montgomery Street, Suite 1950
4  San Francisco, California  94111
   Telephone:     (415) 500-6080
5  Facsimile:     (415) 500-6080
   *Attorneys for Plaintiff and Counterclaim-Defendant*
6  *Software Research, Inc.*

7  Thomas R. Pack (SBN 287268)
   Terrance C. Newby (Admitted *Pro Hac Vice*
8  February 9, 2017)
   MASLON LLP
9  3300 Wells Fargo Center
   90 South Seventh Street
10 Minneapolis, MN  55402-4140
   Telephone: (612) 672-8200
11 Facsimile:  (612) 672-8397
   thomas.pack@maslon.com
12 *Attorneys for Defendant and Counterclaimant*
   *Seapine Software, Inc.*
13 [Additional counsel listed in signature block]

14                  **UNITED STATES DISTRICT COURT**

15                  **NORTHERN DISTRICT OF CALIFORNIA**

16                       **SAN FRANCISCO DIVISION**

17
   Software Research, Inc.,                  Case No:  16-cv-07353-EMC
18
                Plaintiff,
19
         v.                                   JOINT STIPULATION TO RESCHEDULE CASE
20                                            MANAGEMENT CONFERENCE; AND
                                              [PR~~OPO~~SED] ORDER
21 Seapine Software, Inc., and Does 1
   through 10,                                Date Filed:  December 27, 2016
22           Defendants.
   SEAPINE SOFTWARE, INC.,
23
                Counterclaim-Plaintiff,
24
25 v.

26 SOFTWARE RESEARCH, INC.,

27           Counterclaim-Defendant.

28
                                        -1-
   Case No:  16-cv-07353-EMC                  JOINT STIPULATION TO RESCHEDULE CASE
                                              MANAGEMENT CONFERENCE DATE
                                              4811-0575-6739.v1

Pursuant to the Court's Case Management Conference Order (Dkt. No. 17) ("CMC Order"), the parties hereby jointly stipulate and request to reschedule the case management conference date from Thursday, March 30, 2017 to Thursday, April 13, 2017. In support of this stipulation, the parties state as follows:

The CMC is currently scheduled for Thursday, March 30, 2017 at 9:30 a.m., in Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, California. Lead counsel for Defendant has a conflict on that date that cannot be moved, and cannot attend the CMC as currently scheduled. Defense counsel has conferred with Plaintiff's counsel, and discussed available dates where all counsel can attend. All counsel are available on Thursday, April 13, 2017.

Any request to reschedule the case management conference date must be made in writing and by stipulation, if possible, not less than ten (10) days before the conference date. Good cause must be shown. (Dkt. No. 17, ¶ 2.)

Although Plaintiff's counsel is available to attend the CMC as scheduled, Plaintiff joins this stipulation pursuant to the CMC Order's direction that a request to reschedule the CMC must be made by stipulation, rather than by unopposed motion. The parties are submitting this joint stipulation well before the March 30 CMC date. Good cause exists because lead counsel for Defendant cannot attend on March 30. The parties jointly request that the CMC be moved to April 13, 2017.

Respectfully submitted,
MASLON LLP

PILLSUBRY WINTHROP SHAW PITTMAN LLP

Dated: February 14, 2017.   By: ___/s/ Colin T. Kemp___
                                Colin T. Kemp

Thomas R. Pack (SBN 287268)
Terrance C. Newby (Admitted *Pro Hac Vice*)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140

-2-

1
2   Telephone: 612.672.8344
    Facsimile: 612.642.8344
3   Email: thomas.pack@maslon.com
           terry.newby@maslon.com
4
    Colin T. Kemp (Bar No. 215408)
5   Foun Embarcadero Center, 22 Floor
    San Francisco, CA 94111
6   Telephone: 415.983.1000
    Facsimile: 415.983.1200
7   Email: colin.kemp@pillsburylaw.com

8   *Attorneys for Defendant and Counterclaimant Seapine Software, Inc.*

9
10
11  SINGER / BEA LLP
12
13  By:   /s/ Benjamin L. Singer
          Benjamin L. Singer
14        Evan N. Budaj
          *Attorneys for Plaintiff and Counterclaim-*
15        *Defendant Software Research, Inc.*
16
17
                    **Attestation Regarding Signatures**
18
19      I, Colin T. Kemp, attest that all signatories listed, and on whose behalf the filing is
20  submitted, concur in the filing's content and have authorized the filing.
21  Date: February 14, 2017           /s/ Colin T. Kemp
                                      Colin T. Kemp
22
23
24
25
26
27
28
                                          -3-

| Case No: 16-cv-07353-EMC | JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE DATE |
|---|---|
| | 4811-0575-6739.v1 |

# [PROPOSED] ORDER

Pursuant to the Parties' joint stipulation, and good cause appearing therefor, the Case Management Conference set for March 30, 2017, is hereby continued to April 13, 2017.

IT IS SO ORDERED.

Date: February 21, 2017



Hon. Edward M. Chen
UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Edward M. Chen

Case No: 16-cv-07353-EMC

[PROPOSED] ORDER CONTINUING CMC

4811-0575-6739.v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February, 2017, I caused the foregoing JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this litigation, including:

Benjamin Laban Singer
Evan N. Budaj
Singer / Bea LLP
601 Montgomery Street, Suite 1950
San Francisco, CA 94111
T: 415-500-6080 (Tilley)
T: 415-500-6077 (Singer)
F: 415-500-6080
Email: bsinger@singerbea.com
Email: ebudaj@singerbea.com
Attorneys for Plaintiff

Dated: February 14, 2017.

/s/ Colin T. Kemp
Colin T. Kemp

-3-

Case No: 16-cv-02970-EMC

CERTIFICATE OF SERVICE
4811-0575-6739.v1