UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Software Research, Inc.

   Plaintiff(s)

v.

Seapine Software, Inc.

   Defendant(s)

CASE No C 16-cv-07353-EMC

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☒ **Mediation** (ADR L.R. 6)

☐ **Private ADR** (*specify process and provider*)

*Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you *must* file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

☒ the presumptive deadline *(~~90 days from the date of the order referring the case to ADR, unless otherwise ordered.~~)* 6/9/2017

☐ other requested deadline:

Date: 04/04/2017    /s/ Benjamin L. Singer
            Attorney for Plaintiff

Date: 04/04/2017    /s/ Terrance C. Newby
            Attorney for Defendant

☐ IT IS SO ORDERED
☒ IT IS SO ORDERED WITH MODIFICATIONS: 6/9/2017

Date: 4/13/2017

U.S. DISTRICT/M...

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-2017*