# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFTWARE RESEARCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEAPINE SOFTWARE, INC.; PERFORCE SOFTWARE, INC.; and DOES 1 through 10, <br><br> Defendants. | CASE NO. 3:16-CV-7353-EMC <br><br> **[PRO~~PO~~SED] ORDER GRANTING UNOPPOSED MOTION TO VACATE MEDIATION** <br><br> Date Filed: December 27, 2016 <br> Trial Date: None set |
| PERFORCE SOFTWARE, INC., <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> SOFTWARE RESEARCH, INC., <br><br> Counterclaim-Defendant. | |

Now before the Court for consideration is the unopposed motion by Plaintiff Software Research, Inc. ("SRI") to vacate the deadline to mediate set by the Court for June 9, 2017. Having considered the documents filed in support of the motion, the pleadings on file in this action, and all other matters properly before the Court, being fully advised in the proceedings, and for good cause appearing:

The Court HEREBY GRANTS SRI's Motion. The deadline to mediate set for June 9, 2017 before Court-appointed mediator Mr. Lynn Pasahow is HEREBY VACATED.

IT IS SO ORDERED.

Dated: _____6/8/17_____  _____
                                    United States District Judge



[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO VACATE MEDIATION
CASE NO. 3:16-CV-7353-EMC