SINGER / BEA LLP
  Benjamin L. Singer (Bar No. 264295)
  bsinger@singerbea.com
  Evan N. Budaj (Bar No. 271213)
  ebudaj@singerbea.com
601 Montgomery Street, Suite 1950
San Francisco, California  94111
Telephone:     (415) 500-6080
Facsimile:     (415) 500-6080
*Attorneys for Plaintiff Software Research, Inc.*

[Additional Counsel listed in signature block]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SOFTWARE RESEARCH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SEAPINE SOFTWARE, INC., PERFORCE SOFTWARE, INC., and DOES 1 through 10,<br><br>Defendants. | CASE NO. 3:16-cv-07353-EMC<br><br>**STIPULATION FOR ENTRY OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** ; ORDER<br><br>Date Filed:  December 27, 2016<br>Trial Date:  None |

| | |
|---|---|
| 1 | Plaintiff Software Research, Inc. ("Plaintiff" or "SRI") and Defendants Seapine Software, |
| 2 | Inc. ("Seapine") and Perforce Software, Inc. ("Perforce" and, with Seapine, "Defendants") |
| 3 | (collectively, "the Parties") have settled in principle all claims in this action, including an agreement |
| 4 | that each side bear its own costs and fees.  Plaintiff filed its Complaint on December 27, 2016, and |
| 5 | served the same upon Defendant Seapine on January 6, 2017.  D.I. 1, 13.  Defendant Seapine |
| 6 | appeared on January 27, 2017.  D.I. 14.  Defendant Perforce appeared on May 24, 2017.  D.I. 47. |
| 7 | In light of their settlement, the Parties hereby stipulate, subject to the approval of the Court, |
| 8 | that this lawsuit and all claims therein be dismissed with prejudice pursuant to Federal Rules of Civil |
| 9 | Procedure 41(a)(1)(A)(ii), with each side to bear its own costs and fees. |

*Signatures on following page*

| | | |
|---|---|---|
| Dated: June 16, 2017 | By: | **SINGER/BEA LLP**<br>*/s/ Benjamin L. Singer*<br>Benjamin L. Singer (Bar No. 264295)<br>Evan N. Budaj (Bar No. 271213)<br>Singer / Bea LLP<br>601 Montgomery Street, Suite 1950<br>San Francisco, CA 94111<br>T: 415-500-6077 (Singer)<br>F: 415-500-6080<br>bsinger@singerbea.com<br>ebudaj@singerbea.com<br><br>*Attorneys for Plaintiff Software Research, Inc.* |
| Dated: June 16, 2017 | By: | **MASLON LLP**<br>s/ *Terrance C. Newby*<br>Terrance C. Newby (admitted *pro hac vice*)<br>Thomas R. Pack (SBN 287268)<br>3300 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-4140<br>Telephone: (612) 672-8200<br>thomas.pack@maslon.com<br>terry.newby@maslon.com<br><br>- and -<br><br>**PILLSBURY WINTHROP SHAW PITTMAN LLP**<br><br>Colin T. Kemp (SBN 215408)<br>Nida Vidutis (SBN 306711)<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 983-1918<br>colin.kemp@pillsburylaw.com<br>nida.vidutis@pillsburylaw.com<br><br>*Attorneys for Defendants and Counterclaimants*<br>*Seapine Software, Inc. and Perforce Software, Inc.* |



IT IS SO ORDERED
Judge Edward M. Chen

### **ATTESTATION**

I, Benjamin L. Singer, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 16, 2017                      */s/ Benjamin L. Singer*
                                                               Benjamin L. Singer